# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **MICROTECH KNIVES, INC. and** | ) | |
| **MARFIONE CUSTOM KNIVES, LLC.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| | ) | Civil Action No.   16-10 Erie |
| **v.** | ) | |
| | ) | |
| | ) | |
| **Timothy A. Flynn** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## COMPLAINT

MICROTECH KNIVES, INC. and MARFIONE CUSTOM KNIVES, LLC. by and through their attorney Daniel C. Lawson file this Complaint against the defendant and allege as follows:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction as the action arises under the Lanham Act, 15 U.S.C. § 1051 *et seq.* Subject matter jurisdiction is conferred by said Lanham Act, and in particular, 15 U.S.C. § 1121; and also by reason of 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction over common law and state claims pursuant to 28 U.S.C. § 1367.

2. This Court may exercise personal jurisdiction over the defendant as to the causes asserted herein under 28 U.S.C. § 1391 for the reason that:  (a) the defendant resides within this District (b) a substantial part of the events giving rise to the claims asserted occurred in this District.

### PARTIES

1

Case 1:05-mc-02025 Document 2 Filed 01/12/16 Page 2 of 5

3. Plaintiff Microtech Knives, Inc. (Microtech) is a corporation existing under the laws of the Commonwealth of Pennsylvania. Microtech has a principal place of business at 300 Chestnut Street Extension, Bradford, McKean County, Pennsylvania 16701.

4. Marfione Custom Knives, LLC (Marfione Customs is a Pennsylvania limited liability company having a principle place of business at 300 Chestnut Street Extension, Bradford, McKean County, Pennsylvania 16701.

5. Defendant Timothy Flynn (Flynn) is an individual who resides at 104 State St. Bradford, PA 16701.

## CIRCUMSTANCES

6. Microtech is engaged in the business of designing, manufacturing, and selling knives. Microtech has an established reputation as a manufacturer of precision-made, very high quality knives. Microtech knives, to include all components thereof, are US made.

7. At all times material hereto Marfione Customs has been engaged in the business of designing, assembling, and building hand-made knives with extreme attention to detail and hand fitting.

8. Marfione Customs is affiliated with Microtech which supplies Marfione Customs with knife blades and other components from which Marfione Customs crafts knives.

9. "Microtech" is a registered trademark. Microtech Knives, Inc. is the sole authorized user thereof by reason of an assignment duly recorded and registered with the US Patent and Trademark Office. The USPTO registration number for said mark is 2294307. The registration date is November 23, 1999.

10. Marfione Customs knives are marked with a registered mark consisting of the design of a dagger with the letter "M". The USPTO registration number for said mark is 3211123. The registration date is February 20, 2007.

11. Defendant Flynn was employed by Plaintiff Microtech for two separate periods of time extending from March 2007 to July 2012.

12. Defendant Flynn voluntarily terminated his employment his second period of employment with Microtech on or about July 25, 2012.

2

Case 1:09-mc-02023 Document 2 Filed 01/12/16 Page 3 of 5

13. On or about December 30, 2015 9:54 pm est., Flynn, by way of a "Facebook" post, disclosed:

> Ok folks, time to clear the air. I was banned by the "Microtech Microholics and Marfione Customs" FB page , when I do not know. I was accused of selling Donnie Dodd a Combat Troodon that was not legit. The knife was very legit, only it wasn't a "Marfione Custom". Some of my knives that I've sold over the years were hand assembled by me with parts that came from other knives, came from swaps online, cannabilizing other knives and from 6 years of Microtech dumpster diving. I love modding knives and swapping parts between knives. I've NEVER hid the fact that some knives were modded by me. I would also buy from time to time whatever TJ Marfione would piece together that day or any blem that was offered to employee's, which happened on a regular basis. I spent 6 years in the Microtech loony bin putting up with the nutty things Tony Marfione would do on a daily basis but grew tired of watching the daily MT screw job so I walked out and quit in the middle of a work day, never to look back, that was 4 years ago. To this day I'm being harassed by Tony Marfione's employee Sandra Frey, who I never worked with, taking pictures of me in public, very weird. Everyone that has ever dealt with me has received an awesome knife or awesome service, which I was always upfront and honest about. I can definitely say I've made some friends here!! If anyone has any questions for me please feel free to send a private message. As for Anthony L. Marfione...... there's a reason I walked out on you, as have many many many others!

14. The Facebook page on which the post was placed is a closed group of Microtech knife enthusiasts.

15. At all times material hereto it has been the policy and procedure of Microtech and Marfione Customs that scrap metals to include knife blades or other components are not treated as scrap. Scrap metal to include blemished blades or other components such as aluminum handles are separated and sold to a recycling operator.

16. At all times material hereto it has been Plaintiffs' practice "de-mill" or render any blemished blades or knife components un-useable before placing same into the recycling stream.

17. Defendant Flynn was informed in writing that all scrap material and parts remain the property of Microtech and so acknowledged by his signature.

DEFENDANT'S WRONGFUL CONDUCT

3

Case 1:05-mc-02025 Document 2 Filed 01/12/16 Page 4 of 5

18. Defendant Flynn has revealed as of December 30, 2015 that he assembled and sold knives using reclaimed, reconditioned, repurposed Microtech parts.

19. Comments posted by others on the website subsequent to the above-quoted Flynn post reveal transactions whereby Flynn has sold counterfeit and unauthorized Microtech knives and Marfione Customs knives. Exhibit A hereto is a true and correct copy of a "screenshot" of the Facebook page.

20. Defendant Flynn has engaged in commerce using Plaintiffs' registered marks.

21. Defendant Flynn has used Plaintiffs' mark in commerce in a manner likely to cause confusion, to cause mistake and/or to deceive.

22. Defendant Flynn has falsely designated and represented knives assembled and sold by him as Plaintiff's goods.

23. Defendant Flynn has engaged in the commerce of knives assembled and sold by him in a manner likely to cause confusion as to the origin, sponsorship, or approval of such knives.

24. Defendant Flynn has violated the Lanham Act and in particular §§ 1114 and 1125 by reason of the above-described wrongful conduct.

25. Defendant Flynn has breached the terms of a written agreement, and in particular the Non-Solicitation and Confidentiality Agreement, whereby he agreed to return to Plaintiff, immediately upon termination or expiration of employment, all Microtech property.

RELIEF REQUESTED

26. Plaintiff Microtech respectfully asks that:
(a) Defendant Flynn be adjudged to have violated sections 1114 and 1125 of the Lanham Act and the written Non-Solicitation and Confidentiality Agreement
(b) Defendant Flynn by adjudged to have infringed on Plaintiffs' registered marks
(c) Defendant Flynn be permanently enjoined from engaging in any commerce using components or parts removed by him from Plaintiffs' premises including any containers for refuse or recycling
(d) Defendant Flynn be ordered to account for all property removed by him from Plaintiff's premises including any containers for refuse or recycling

4

Case 1:09-mc-02023 Document 2 Filed 01/12/16 Page 5 of 5

(e) Defendant Flynn be ordered to return to Plaintiff Microtech all of its property to include all parts and components removed by Flynn from Plaintiffs' premises including any items placed in refuse or recycling containers.

 (f) Defendant Flynn surrender for destruction any other property in his possession which infringes on Plaintiffs' registered marks.


Respectfully submitted,
Microtech Knives, Inc.
January 8, 2016


By s/ Daniel C Lawson
300 Chestnut St. Ext.
Bradford, PA 16701
dlawson@microtechknives.com
814 363 9260